DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

MICHAEL CORY WERNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-1228

———————————————

August 7, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Michael Cory Werner, pro se.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and SILBERMAN and SLEET, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.